B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bay Harbor Homes, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**76-0809869** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**550 Pharr Road, Suite 410**<br>**Atlanta, GA**<br>ZIP Code **30305** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **9601 Bay Harbor Circle, Ft. Myers, FL, 33919** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bay Harbor Homes, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Bay Harbor Homes, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ George M. Geeslin**
Signature of Attorney for Debtor(s)

**George M. Geeslin 288725**
Printed Name of Attorney for Debtor(s)

**George M. Geeslin, Attorney**
Firm Name

**Eight Piedmont Center, Suite 550**
**3525 Piedmont Road, N.E.**
**Atlanta, GA 30305-1565**
Address

                 **Email: geeslingm@aol.com**
**(404) 841-3464  Fax: (404) 816-1108**
Telephone Number

**October 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donald Byrd**
Signature of Authorized Individual

**Donald Byrd**
Printed Name of Authorized Individual

**Authorized Representative**
Title of Authorized Individual

**October 21, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Bay Harbor Homes, LLC**                                    Case No.
                              Debtor(s)                              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Second Chair, Inc.**<br>515 E Crossville Rd Ste 410<br>Roswell, GA 30075-3087 | **Second Chair, Inc.**<br>515 E Crossville Rd Ste 410<br>Roswell, GA 30075-3087 | | | **100,000.00** |
| **Sutherland Asbill & Brennan LLP**<br>999 Peachtree St NE<br>Atlanta, GA 30309 | **Sutherland Asbill & Brennan LLP**<br>999 Peachtree St NE<br>Atlanta, GA 30309 | | | **76,000.00** |
| **Graydon W. Florence**<br>40 Mt Vernon Hwy NE<br>Atlanta, GA 30338 | **Graydon W. Florence**<br>40 Mt Vernon Hwy NE<br>Atlanta, GA 30338 | | | **75,250.00** |
| **Rasco Kock Reininger Perez et al**<br>283 Catalonia Ave<br>Miami, FL 33134-6700 | **Rasco Kock Reininger Perez et al**<br>283 Catalonia Ave<br>Miami, FL 33134-6700 | | | **10,476.60** |
| **Palm Coast Landscaping**<br>6845 Lilac Lane<br>Naples, FL 34120-3101 | **Palm Coast Landscaping**<br>6845 Lilac Lane<br>Naples, FL 34120-3101 | | | **6,750.00** |
| **Eriksons**<br>2100 Ellison Lakes Dr NW Ste 138<br>Kennesaw, GA 30152-6732 | **Eriksons**<br>2100 Ellison Lakes Dr NW Ste 138<br>Kennesaw, GA 30152-6732 | | | **3,170.00** |
| **House of Floors**<br>PO Box 669<br>Tallevast, FL 34270-0669 | **House of Floors**<br>PO Box 669<br>Tallevast, FL 34270-0669 | | | **2,904.16** |
| **West Coast Master Painters, Inc.**<br>4804 W Gandy Blvd.<br>Tampa, FL 33611-3003 | **West Coast Master Painters, Inc.**<br>4804 W Gandy Blvd.<br>Tampa, FL 33611-3003 | | | **1,668.00** |
| **Consumer Source**<br>PO Box 402039<br>Atlanta, GA 30348-2039 | **Consumer Source**<br>PO Box 402039<br>Atlanta, GA 30348-2039 | | | **1,091.50** |
| **Crowther Roofing and Sheet Metal**<br>**of Florida, Inc.**<br>2543 Rockfill Road<br>Fort Myers, FL 33916-4823 | **Crowther Roofing and Sheet Metal**<br>**of Florida, Inc.**<br>2543 Rockfill Road<br>Fort Myers, FL 33916-4823 | | | **670.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Bay Harbor Homes, LLC**     Case No. _____
                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Embarq<br>PO Box 96064<br>Charlotte, NC 28296-0064 | Embarq<br>PO Box 96064<br>Charlotte, NC 28296-0064 | | | 638.56 |
| Aquagenix<br>100 N. Conahan Drive<br>Hazleton, PA 18201-7355 | Aquagenix<br>100 N. Conahan Drive<br>Hazleton, PA 18201-7355 | | | 592.00 |
| Classified Ventures<br>2563 Collection Center<br>Chicago, IL 60693-0025 | Classified Ventures<br>2563 Collection Center<br>Chicago, IL 60693-0025 | | | 548.00 |
| The Sherwin-Williams Company<br>5232 Bank Street<br>Fort Myers, FL 33907-2111 | The Sherwin-Williams Company<br>5232 Bank Street<br>Fort Myers, FL 33907-2111 | | | 508.80 |
| SELSecurity Inc.<br>2550 Highlands Rd<br>Punta Gorda, FL 33983-3168 | SELSecurity Inc.<br>2550 Highlands Rd<br>Punta Gorda, FL 33983-3168 | | | 508.80 |
| Fyr Fyter Inc.<br>10905-1 Gladiolus Drive<br>Fort Myers, FL 33908 | Fyr Fyter Inc.<br>10905-1 Gladiolus Drive<br>Fort Myers, FL 33908 | | | 461.98 |
| Diamond Security Systems, Inc.<br>13850 Treeline Ave S Ste 11<br>Fort Myers, FL 33913-8856 | Diamond Security Systems, Inc.<br>13850 Treeline Ave S Ste 11<br>Fort Myers, FL 33913-8856 | | | 400.00 |
| Bugfree Services<br>PO box 1175<br>Marco Island, FL 34146-1175 | Bugfree Services<br>PO box 1175<br>Marco Island, FL 34146-1175 | | | 400.00 |
| Ren.com<br>2425 Olympic Blvd.<br>Santa Monica, CA 90404 | Ren.com<br>2425 Olympic Blvd.<br>Santa Monica, CA 90404 | | | 389.00 |
| Hoover Pumping System<br>2801 N Powerline Rd<br>Pompano Beach, FL 33069-1009 | Hoover Pumping System<br>2801 N Powerline Rd<br>Pompano Beach, FL 33069-1009 | | | 371.96 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 21, 2010**      Signature **/s/ Donald Byrd**
                                                      **Donald Byrd**
                                                      **Authorized Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
A to Z Computers
24690 Sandhill Blvd Ste 604-605
Punta Gorda, FL 33983-5232


American Utility Management Inc.
2211 York Road, Suite 320
Oak Brook, IL 60523


Apartments.com
2563 Collection Center Drive
Chicago, IL 60693


Aquagenix
100 N. Conahan Drive
Hazleton, PA 18201-7355


Aquagenix
100 N. Conahan Drive
Hazleton, PA 18201


Avis Plumbing & Air Conditioning
831 SW 44th Street
Cape Coral, FL 33914-6302


Blue Link
603 E Paces Ferry Rd
Atlanta, GA 30305


Blue Moon Software
PO Box 684926
Austin, TX 78768


BlueLink LLC
603 E Paces Ferry Rd NE
Atlanta, GA 30305-2714
```

```
Bugfree Services
PO box 1175
Marco Island, FL 34146-1175



Bugs or Us, Inc.
1650 Fiddlesticks Blvd Ste 202-300
Fort Myers, FL 33913



Bugs-or-Us, Inc.
13650 Fiddlesticks Blvd Ste 202-300
Fort Myers, FL 33912-6838



CGCMT - 2004 E2 Fort Myers
Apartments, LLC
Bilzin Sumberg et al.
2500 South Biscayne Blvd.
Miami, FL 33161-5340



Classified Ventures
2563 Collection Center
Chicago, IL 60693-0025



Comcast
301 Tower Road
PO Box 413018
Naples, FL 34101



Consumer Source
PO Box 402039
Atlanta, GA 30348-2039



Crowther Roofing and Sheet Metal
of Florida, Inc.
2543 Rockfill Road
Fort Myers, FL 33916-4823



Culligan of Fort Myers
16101 Old US 41
Fort Myers, FL 33912-2287
```

Diamond Security Systems, Inc.
13850 Treeline Ave S Ste 11
Fort Myers, FL 33913-8856



Embarq
PO Box 96064
Charlotte, NC 28296-0064



Eriksons
2100 Ellison Lakes Dr NW Ste 138
Kennesaw, GA 30152-6732



For Rent
24840 Burnt Pine Dr Ste 4
Bonita Springs, FL 34134



Fyr Fyter Inc.
10905-1 Gladiolus Drive
Fort Myers, FL 33908



Graydon W. Florence
40 Mt Vernon Hwy NE
Atlanta, GA 30338



Hoover Maintenance
2801 N Powerline Road
Pompano Beach, FL 33069



Hoover Pumping System
2801 N Powerline Rd
Pompano Beach, FL 33069-1009



House of Floors
PO Box 669
Tallevast, FL 34270-0669

```
Landscape Florida
12745 Livingston Road
Naples, FL 34105



Muzak
PO Box 71070
Charlotte, NC 28272-1070



Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368-9020



Opes Land Fund, LLC
75 14th Street NE
Atlanta, GA 30309



Palm Coast Landscaping
6845 Lilac Lane
Naples, FL 34120-3101



Prevail Pest Control
5305 Garden Lane
Tampa, FL 33610



Rasco Kock Reininger Perez et al
283 Catalonia Ave
Miami, FL 33134-6700



Ren.com
2425 Olympic Blvd.
Santa Monica, CA 90404



Rent.com
2425 Olympic Blvd.
Santa Monica, CA 90404
```

```
Resident Check, Inc.
PO Box 678911
Dallas, TX 75267



Rox Publishing
3333 West Hospital Ave
Atlanta, GA 30341-3419



Rox Publishing
3333 W Hospital Avenue
Atlanta, GA 30341



Second Chair, Inc.
515 E Crossville Rd Ste 410
Roswell, GA 30075-3087



SELSecurity Inc.
2550 Highlands Rd
Punta Gorda, FL 33983-3168



Sutherland Asbill & Brennan LLP
999 Peachtree St NE
Atlanta, GA 30309



The Sherwin-Williams Company
5232 Bank Street
Fort Myers, FL 33907-2111



Veolia
17101 Pine Ridge Rd SW
Fort Myers Beach, FL 33931



Vertex Water Features
2100 NW 33rd St
Pompano Beach, FL 33069-1035
```

```
Vista Property Management LLC
550 Pharr Rd Ste 410
Atlanta, GA 30305



West Coast Master Painters, Inc.
4804 W Gandy Blvd.
Tampa, FL 33611-3003
```