UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **BAY HARBOR HOMES, LLC,** ) | |
| ) | **Case No. 10-91428-jb** |
| ) | |
| **Debtor.** ) | |
| ) | |

## NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN OF LIQUIDATION AND RELATED DEADLINES

PLEASE TAKE NOTICE that on July 7, 2011, the Court entered an Order Confirming Chapter 11 Plan of Liquidation of the Debtor Bay Harbor Homes, LLC (Doc. No. 130) (the "Confirmation Order"), which confirms the Chapter 11 Plan of Liquidation of the Debtor Bay Harbor Homes, LLC (Doc. No. 97) (the "Plan"). Copies of the Plan and the Confirmation Order may be obtained either from the Court's website for registered users (www.ganb.uscourts.gov) or by request made to Tyronia M. Smith, Esq., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue NE, Atlanta, Georgia 30303, phone: (404) 880-4769, email: tmsmith@phrd.com. Capitalized terms used in this Notice, to the extent not otherwise defined, shall have the meanings ascribed to such terms in the Plan.

### Notice of Effective Date

PLEASE TAKE FURTHER NOTICE that the Effective Date under the Plan occurred on **July 8, 2011**.

### Notice of Administrative Claims Bar Date

The Plan provides deadlines for filing certain claims after the Effective Date.[1] Pursuant to Section 3.1 of the Plan, **any person or entity who has or asserts an Administrative Claim against Bay Harbor Homes, LLC must file with the Bankruptcy Court an application for allowance of an Administrative Claim on or before August 8, 2011.** Consult the Plan for the definition of "Administrative Claim," which generally includes claims arising during the period of time from October 21, 2010, through July 7, 2011. The address of the Clerk of Court to be used for filing any application for allowance of an Administrative Claim is Clerk, United States Bankruptcy Court, 75 Spring Street SW, Suite 1340, Atlanta, Georgia 30303. **If you have an Administrative Claim but do not file an application for allowance of such Administrative Claim with the Bankruptcy Court on or before August 8, 2011, then you will be forever barred from asserting such claim**.

---

[1] This Notice is not intended and shall not be construed to constitute an amendment, modification or alteration of the Plan. Consult the Plan for the specific deadlines and other provisions that may apply to your claim or claims.

**Notice of Bar Date Relating to Rejection of Executory Contracts and Unexpired Leases**

      In addition, pursuant to Section 7.1 of the Plan, all executory contracts and unexpired leases of Debtor that have not previously been assumed and assigned, or rejected, are deemed to have been rejected by the Debtors on July 8, 2011.  **If the rejection of any executory contract or unexpired lease by operation of the Plan has caused you damage, then you must file with the Bankruptcy Court a proof of claim for rejection damages by no later than August 8, 2011.**  The address of the Clerk of Court to be used for filing any proof of claim for rejection damages is Clerk, United States Bankruptcy Court, 75 Spring Street SW, Suite 1340, Atlanta, Georgia 30303. **If you have a rejection damages claim but do not timely file a proof of claim for rejection damages with the Bankruptcy Court, then you will be forever barred from asserting such claim.**

      Dated: July 8, 2011.

                                        PARKER HUDSON RAINER & DOBBS LLP
                                        Eric W. Anderson, Esq.
                                        285 Peachtree Center Avenue
                                        Suite 1500
                                        Atlanta, Georgia 30303
                                        (404) 523-5300

                                        Attorneys for the Debtor Bay Harbor Homes, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN OF LIQUIDATION AND RELATED DEADLINES upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, properly addressed to those identified on the attached Distribution List.

This 8th day of July, 2011.

                                              Parker Hudson Rainer & Dobbs LLP

                                              By:  */s/ Tyronia M. Smith*
                                                   Tyronia M. Smith
                                                   Bar No. 141320

**In re Bay Harbor Homes, LLC, Case No. 10-91428-jb**
**Distribution List**

Bay Harbor Homes, LLC
550 Pharr Road, Suite 410
Atlanta, GA 30305-3433

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3315

Northland Fund IV, L.P.
c/o Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303-1810

A to Z Computers
24690 Shandill Blvd.
Suite 604-605
Punta Gorda, FL 33983-5232

American Utility Management, Inc.
2211 York Road, Suite 320
Oak Brook, IL 60523-4030

CGCMT 2004-C2 Fort Myers Apts., LLC
c/o Thomas R. Walker
McGuire Woods, LLP
1170 Peachtree Street, NE, Suite 2100
Atlanta, GA 30309-7701

Consumer Source Inc.
6360 Corporate Park Circle
Suite 10
Ft. Meyers, FL  33966

Apartments.com
2563 Collection Center Drive
Chicago, IL 60693-0025

Aquagenix
100 N. Conahan Drive
Hazelton, PA 18201-7355

Avis Plumbing & Air Conditioning
831 SW 44th Street
Cape Coral, FL 33914-6302

BlueLink LLC
603 E. Paces Ferry Road
Atlanta, GA 30305-2714

Blue Moon Software
P.O. Box 684926
Austin, TX 78768-4926

Cox Communications
6020 N.W. 43rd Street
Gainesville, FL  32653

Bugfree Services
P.o. Box 1175
Marco Island, FL 34146-1175

Bugs or Us, Inc.
10060 Amberwood Rd.
Fort Myers, FL 33913

Bugs-or-Us, Inc.
13650 Fiddlesticks Blvd.
Suite 202-300
Fort Myers, FL 33912-0312

CGCMT-2004 C2 Fort Myers Apts., LLC
Michael Kramer
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131-3444

Chadwell Supply
P.O. Box 1447
Brandon, FL 33509-1447

1994298_1

Classified Ventures
2563 Collection Center
Chicago, IL 60693-0025

Comcast
13040 Livingston Road
Suite 11
Naples, FL  34105-5026

Consumer Source, Inc.
P.O. Box 402039
Atlanta, GA 30384-2039

Crowther Roofing and Sheet Metal
   of Florida, Inc.
2543 Rockfill Road
Fort Myers, FL 33916-4823

Culligan of Fort Myers
16101 Old US 41
Fort Myers, FL 33912-2287

Diamond Security Systems, Inc.
13850 Treeline Avenue S, Suite 11
Fort Myers, FL 33913-8856

Embarq
P.O. Box 96064
Charlotte, NC 28296-0064

Erickson's Drying Systems
12651 Metro Pkwy.
Fort Myers, FL 33966-1306

For Rent
75 Remittance Drive
Suite 1705
Chicago, IL 60675-1705

Fyr  Fyter Inc.
10905-1 Gladiolus Drive
Fort Myers, FL 33908-2607

Graydon W. Florence
480 Mount Vernon Highway, NE
Atlanta, GA 30328-5434

Hoover Maintenance
2801 N. Powerline Road
Pompano Beach, FL 33069-1009

Hoover Pumping System
2801 N. Powerline Road
Pompano Beach, FL 33069-1009

House of Floors
P.O. Box 669
Tallevast, FL 34270-0669

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Landscape Florida
12745 Livingston Road
Naples, FL 34105-4827

Muzak
P.O. Box 71070
Charlotte, NC 28272-1070

Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Christopher Graham, Esq.
The Private Client Law Group
75 14th Street, Suite 2710
Atlanta, GA  30309

Palm Coast Landscaping
6845 Lilac Lane
Naples, FL 34120-3101

Prevail Pest Control
5305 Garden Lane
Tampa, FL 33610-5825

Rasco Kock Reininger Perez, et al.
283 Catalonia Avenue
Miami, FL 33134-6700

Rent.com
2425 Olympic Blvd.
Santa Monica, CA 90404-4030

Resident Check, Inc.
P.O. Box 678911
Dallas, TX 75267-8911

Rox Publishing
3333 W. Hospital Avenue
Atlanta, GA 30341-3419

SEL Security, Inc.
2550 Highlands Road
Punta Gorda, FL 33983-3168

Second Chair, Inc.
Suite 303
570 Colonial Park Drive
Roswell, GA 30075-3770

Michael Voynich, Esq.
Sutherland Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

The Sherwin-Williams Company
5232 Bank Street
Fort Myers, FL 33907-2111

Veolia
17101 Pine Ridge Road, SW
Fort Myers Beach, FL 33931-5312

Vertex Water Features
2100 NW 33rd Street
Pompano Beach, FL 33069-1035

Vista Property Management LLC
550 Pharr Road, Suite 410
Atlanta, GA 30305-3433

Vitality Works, LLC
2160 Sugarloaf Club Drive
Duluth, GA 30097-7416

West Coast Master Painters, Inc.
4804 W. Gandy Blvd.
Tampa, FL 33611-3003

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, NE
Atlanta, GA 30305-1578

James H. Rollins
Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 W. Peachtree Street, NE
Atlanta, GA 30309-3449

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

For Rent
24840 Burnt Pine Drive
Suite 4
Bonita Springs, FL 34134

J. Hayden Kepner, Jr., Esq.
Scroggins & Williamson, P.C.
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

Martin P. Ochs, Esq.
Office of the United States
   Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Cox Communications
Post Office Box 9001077
Louisville, KY 40290-1077

D. Ethan Jeffery, Esq.
Murphy & King
One Beacon Street
21st Floor
Boston, MA 02108

Opes Land Fund, LLC
75 14th Street NE
Atlanta, GA  30309-3604

Muzak, LLC
c/o Bridget Ann Oxedine
3318 Lakemont Blvd.
Fort Mill, SC  29708

House of Floors
c/o Kevin P. O'Brien
805 West Azeele Street
Tampa, FL  33606